# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | § § § | |
| *Plaintiff,* | § § | |
| v. | § | NO. P:20-CV-00072 |
| | § | |
| CITY OF ALPINE, TEXAS, and ROD PONTON, in his official capacity as the City Attorney for the City of Alpine, Texas, | § § § § § | |
| *Defendants.* | § | |

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITHOUT PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(2) and based upon the Plaintiff's Unopposed Motion to Dismiss Without Prejudice (Doc. 21) filed March 25, 2021.

It is **ORDERED** that the claims in this matter are **DISMISSED WITHOUT PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 27th day of March, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE